UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Phillip Morose</u>

    v.                                             Case No. 24-cv-270-SE

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 18, 2025. By way of further explanation, the court's order is limited to denying the Warden's motion for summary judgment. To the extent that Mr. Morose's objection (doc. no. 16) requests relief beyond that, those issues were not properly before the court when considering the Warden's motion for summary judgment and are, instead, issues that will be decided at a later date. Also, the Warden's motion is denied without prejudice to refiling if the First Circuit's decision in Miles v. Bowers, CA Dkt. No. 25-1291, justifies refiling of the motion and reconsideration of the issues.

**So Ordered.**

                                                    Samantha D. Elliott
                                                    United States District Judge

Date: October 10, 2025

cc:   Phillip Morose, pro se
       Anna Dronzek, AUSA